Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for BSI Financial Services as Servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Mark A. Jones

Debtor(s)

Case No.: 18-18442

Chapter 13

Hearing Date: March 26, 2019

Judge: Jerrold N. Poslusny Jr.

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant: BSI Financial Services
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: Moshe Rothenberg, Esq.
Property Involved("Collateral"): 628 Main Street, Leesburg, NJ 08327
Relief sought:

✓ Motion for relief from the automatic stay

Motion to dismiss

Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

- The Debtor is overdue for **11** months, from **May 1, 2018** to **March 1, 2019**.
- The Debtor is overdue for **11** payments at **$1,913.01** per month.
- Less Funds held in debtor(s) suspense **($0.00).**

Total Arrearages Due **$21,043.11**

2. Debtor must cure all post-petition arrearages, as follows:

- Immediate payment shall be made in the amount of **$9,000.00**. Payment shall be made no later than **April 15, 2019**.
- Beginning on **April 15, 2019**, additional monthly cure payments shall be made in the amount of **$2,007.19** for **six (6)** months.
- Beginning on **April 1, 2019,** regular monthly mortgage payments shall continue to be made in the amount of **$1,913.01** per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

✓ Regular monthly payment: BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354

✓ Monthly cure and lump sum payment: BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

Moshe Rothenberg, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*